STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES J. SCHROEDER, PLAINTIFF IN ERROR.

Argued October 15, 1940—Decided January 28, 1941.

For the plaintiff in error, *James L. McKenna.*

For the state, *William A. Wachenfeld,* prosecutor of the pleas, and *Joseph E. Conlon,* first assistant prosecutor.

PER CURIAM.

The judgment is affirmed, for the reasons expressed in the opinion of Mr. Chief Justice Brogan.

As regards an asserted error in the charge to the jury, the opinion notes that "No exception to the court's charge in this particular was taken * * *." Fearing misinterpretation, we deem it prudent to point out that, under the statute,

a specific exception was not necessary to sustain either an assignment of error or a cause for reversal. *R. S.* 1937, 2:195-14, 2:195-16, 2:195-20.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY HAGUE, JJ. 11.

*For reversal*—None.